4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 15 2000

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| Plaintiff | § | |
| vs. | § | C.A. No. B-00-091 |
| | § | (Claim Nos C-116468/C116471) |
| SYLVIA S. MARTINEZ, | § | |
| Defendant | § | |

## USA'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND ENTER AN AGREED JUDGMENT

The Honorable Hilda G. Talge:

United States of America ("USA") files this Motion for Leave to Amend its Complaint to change the spelling of the first name of the Defendant. Currently, the Complaint reads Sylvia S. Martinez. The correct spelling of the name should be Silvia Martinez.

1. Defendant has signed an Agreed Judgment that has the style of the case the spelling her name with a "y", but when she signed the Agreed Judgment she corrected the spelling and signed her name Silvia S. Martinez.

2. USA request the Court grant leave to file an Amended Complaint which would correctly spell the name of the Defendant as Silvia S. Martinez and for the Court to allow the Agreed Judgment previously signed by Silvia S. Martinez be filed even though the caption of the agreement judgment has the spelling "Sylvia S. Martinez".

### CERTIFICATE OF CONFERENCE

3. Based upon the signature of the Agreed Judgment and the correct spelling of the name

counsel for USA asks the court to waive the requirement of certificate of conference since this is merely administerial motion to correct a typographical error in a complaint.

## PRAYER

4. For these reasons USA ask the court to grant leave to file the Amended Complaint and to sign the Agreed Judgment.

Respectfully submitted,

By: *M. H. Cersonsky*

M. H. Cersonsky, TBA #04048500
U.S. Southern Dist. #5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038
Attorney for United States of America

## CERTIFICATE OF SERVICE

I, certify that on September 13th, 2000, a true and correct copy of the above was sent to:

Ms. Silvia S. Martinez
505 W. Marjory Avenue
Harlingen, TX 78550

*M. H. Cersonsky*
M. H. Cersonsky