6

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA, | § |
| --- | --- |
| Plaintiff, | § |
| | § |
| vs. | § Civil Action No. B-00-091 |
| | § (Claim No. C-116468/C-116471) |
| SYLVIA S. MARTINEZ, | § |
| Defendant. | § |

**Agreed Judgment**

1. On the agreement of the parties, it is adjudged that the USA recover from Sylvia S. Martinez:

**Claim No. C-116468:**

  A. Principal of $2,581.89;
  B. Prejudgment interest of $1,335.26 to 2/1/99, and daily accrual of $0.59 per diem until the date of judgment;
  C. Attorney's fees of $550.00;
  D. Post-judgment interest at 6.24% per annum.
  6.241%

Martinez will make monthly payments of $219.20, beginning August 15, 2000 and continue to make monthly payments in that amount on the same day of each month for twenty-four (24) months.

2. Monthly payments will be mailed to:
   Central Intake Facility
   United States Department of Justice
   P. O. Box 198558
   Atlanta, Georgia 30384.

3. Execution may issue immediately if the defendant defaults on payment.

Signed: 9/26/00 , 2000, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#04088500, SBA #5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. (713) 840-1492 Fax (713) 840-0038
**Attorney for the United States of America**

By: _____
Sylvia S. Martinez
503 W. Marjory Avenue
Harlingen, Texas 78550-4225

505 W. MARjORy Ave.
HARlingeN. Texas
78550

OF COUNSEL:
ALONSO & CERSONSKY, P.C.